**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

**DOCKETING STATEMENT INSTRUCTIONS**

1. Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4. If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5. You must attach to the docketing statement:

    • Additional pages containing extended answers to questions on this form.

    • A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-1627     **Short Title:** President and Fellows of Harvard College v. United States Department of Homeland Security, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 06/23/2025
   2. Date this notice of appeal filed 07/01/2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
         If yes, explain The district court's orders granting preliminary injunctive relief are appealable under 28 U.S.C. Sec. 1292(a)(1).

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party _*See additional pages_____
   Attorney_____
   Address_____
   Telephone_____

2. Adverse party_____
   Attorney_____
   Address_____
   Telephone_____

3. Adverse party_____
   Attorney_____
   Address_____
   Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name _*See additional pages_____
   Address_____
   Telephone_____

   Attorney's name_____
   Firm_____
   Address_____
   Telephone_____

2. Appellant's name_____
   Address_____
   Telephone_____

   Attorney's name_____
   Firm_____
   Address_____
   Telephone_____

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes   ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Tiberius Davis
Date  7/15/2025

*President and Fellows of Harvard College v. United States Department of Homeland Security, et al.*, No. 25-1627
Docketing Statement Continued

Question F. Continued: Adverse Parties
*Attorneys for adverse party listed below*

1. **Adverse party**: President and Fellows of Harvard College

**Attorneys for adverse party:**

**Attorney**: Ishan Kharshedji Bhabha, Jenner & Block LLP
**Address**: 1099 New York Ave NW Ste 900, Washington, DC 20001-4412
**Telephone**: 202-637-6327

**Attorney**: William Anthony Burck, Quinn Emanuel Urquhart & Sullivan LLP
**Address**: 11th Floor 1300 I St NW Ste 900, Washington, DC 20005
**Telephone**: 202-538-8120, 202-538-8100

**Attorney**: Shannon Grammel Denmark, Lehotsky Keller Cohn LLP
**Address**: 200 Massachusetts Ave NW Ste 700, Washington, DC 20001
**Telephone**: 270-498-5375

**Attorney**: Ian Heath Gershengorn, Jenner & Block LLP
**Address**: 1099 New York Ave NW Ste 900, Washington, DC 20001-4412
**Telephone**: 202-639-6869

**Attorney**: Danielle Kerker Goldstein, Lehotsky Keller Cohn LLP
**Address**: 3280 Peachtree Rd NE, Atlanta, GA 30305
**Telephone**: 512-693-8350

**Attorney**: Lauren J. Hartz, Jenner & Block LLP
**Address**: 1099 New York Ave NW Ste 900, Washington, DC 20001-4412
**Telephone**: 202-637-6363

**Attorney**: Robert K. Hur, King & Spalding LLP
**Address**: 1700 Pennsylvania Ave NW Ste 200, Washington, DC 20006
**Telephone**: 202-737-0500

**Attorney**: Andrianna Kastanek, Jenner & Block LLP
**Address**: 353 N Clark St, Chicago, IL 60654-3456
**Telephone**: 312-840-7285

**Attorney**: Scott A. Keller, Lehotsky Keller Cohn LLP
**Address**: LLP 200 Massachusetts Ave NW Ste 700, Washington, DC 20001
**Telephone**: 512-693-8350, 512-727-4755

**Attorney**: Steven Paul Lehotsky, Lehotsky Keller Cohn LLP
**Address**: 200 Massachusetts Ave NW Ste 700, Washington, DC 20001

*President and Fellows of Harvard College v. United States Department of Homeland Security, et al.*, No. 25-1627
Docketing Statement Continued
    **Telephone**: 202-365-2509

    **Attorney**: Joshua Paul Morrow, Lehotsky Keller Cohn LLP
    **Address**: 408 West 11th St 5th Flr, Austin, TX 78701
    **Telephone**: 512-693-8350, 512-727-4755

    **Attorney**: Serena M. Orloff, Lehotsky Keller Cohn LLP
    **Address**: 200 Massachusetts Ave NW Ste 700, Washington, DC 20001
    **Telephone**: 510-524-4004

    **Attorney**: Jacob Richards, Lehotsky Keller Cohn LLP
    **Address**: 200 Massachusetts Ave NW, Ste 700, Washington, DC 20001
    **Telephone**: 623-377-0227

    **Attorney**: Katherine Yarger, Lehotsky Keller Cohn LLP
    **Address**: 700 Colorado Blvd Unit 407, Denver, CO 80206
    **Telephone**: 303-717-4749

<u>Question G. Continued: Appellants</u>
*Attorneys for all Appellants listed below*

1. **Appellant's name**: United States Department of Homeland Security

2. **Appellant's name**: Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security

3. **Appellant's name**: United States Immigration and Customs Enforcement

4. **Appellant's name**: Todd M. Lyons, in his official capacity as Acting Director of United States Immigration and Customs Enforcement

5. **Appellant's name**: Student and Exchange Visitor Program

6. **Appellant's name**: John Doe, in his official capacity as Director of the Student and Exchange Visitor Program

7. **Appellant's name**: James Hicks, in his official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program

8. **Appellant's name**: United States Department of Justice

9. **Appellant's name**: Pamela J. Bondi, in her official capacity as Attorney General of the United States

10. **Appellant's name**: United States Department of State

*President and Fellows of Harvard College v. United States Department of Homeland Security, et al.*, No. 25-1627
Docketing Statement Continued

    11. **Appellant's name**: Marco Rubio, in his official capacity as Secretary of the United States Department of State

**Attorneys for all Appellants:**

    **Attorney**: Tiberius T. Davis, Counsel
    **Firm**: U.S. Dep't of Justice, Office of the Assistant Attorney General
    **Address**: PO Box 868, Ben Franklin Station, Washington, DC 20044-0878
    **Telephone**: 202-514-2000

    **Attorney**: Brett A. Shumate, Assistant Attorney General
    **Firm**: U.S. Dep't of Justice, Civil Division
    **Address**: 950 Pennsylvania Ave NW, Washington, DC 20530-0001
    **Telephone:** 202-514-2000

    **Attorney**: Drew C. Ensign, Deputy Assistant Attorney General
    **Firm**: U.S. Dep't of Justice, Civil Division
    **Address**: 950 Pennsylvania Ave NW, Washington, DC 20530-0001
    **Telephone**: 202-514-2331

    **Attorney**: Bridget K. O'Hickey
    **Firm**: U.S. Dep't of Justice, Office of the Assistant Attorney General
    **Address**: PO Box 878, Ben Franklin Station, Washington, DC 20044-0878
    **Telephone**: 202-514-2000

    **Attorney**: David Kim, Senior Litigation Counsel
    **Firm**: U.S. Dep't of Justice, Office of Immigration Litigation
    **Address**: PO Box 878, Ben Franklin Station, Washington, DC 20044-0878
    **Telephone**: 202-598-0114

    **Attorney**: Catherine M. Reno, Senior Litigation Counsel
    **Firm**: U.S. Dep't of Justice, Office of Immigration Litigation
    **Address**: PO Box 878, Ben Franklin Station, Washington, DC 20044-0878
    **Telephone**: 202-353-8557

    **Attorney**: Rayford A. Farquhar
    **Firm**: U.S. Attorney's Office
    **Address**: 1 Courthouse Way Ste 9200, Boston, MA 02210
    **Telephone**: 617-748-3100

*President and Fellows of Harvard College v. United States Department of Homeland Security, et al.*, No. 25-1627
Docketing Statement Continued

## CERTIFICATE OF SERVICE

I, Tiberius T. Davis, hereby certify that this document filed through the ECF system will be served on all parties electronically through the Notice of Electronic Filing (NEF), because counsel for the parties are registered participants.

| | |
|---|---|
| Dated: July 15, 2025 | /s/ *Tiberius T. Davis* <br> Tiberius T. Davis |