# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627        **Short Title:** Harvard College v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Federation for American Immigration Reform                                         as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Matt Crapo                              9/2/2025
Signature                                   Date

Matt A. Crapo
Name

Federation for American Immigration Reform        571-435-3582
Firm Name (if applicable)                          Telephone Number

25 Massachusetts Ave., NW, Ste. 330
Address                                            Fax Number

Washington, DC 20001                               mcrapo@irli.org
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1139794

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).