# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

**ORDER OF COURT**

Entered: September 3, 2025
Pursuant to 1st Cir. R. 27.0(d)

On August 28, 2025, Movants Former Senior Government Officials filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, Attorney Joel G. Beckman must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and an appearance form must be filed no later than **September 10, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, William Anthony Burck, Scott A. Keller, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob Richards, Katherine Yarger, Serena M. Orloff, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris