# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1627          **Short Title:** Harvard College v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Former Senior Government Officials (see attached) _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/ Joel G. Beckman | 9/4/25 |
| Signature | Date |
| Joel G. Beckman | |
| Name | |
| Nystrom Beckman & Paris LLP | (617) 778-9100 |
| Firm Name (if applicable) | Telephone Number |
| One Marina Park Drive, 15th Fl. | (617) 778-9110 |
| Address | Fax Number |
| Boston, MA  02210 | jbeckman@nbparis.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 16595

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

=======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

# LIST OF *AMICI CURIAE*

**Donald Ayer**: Deputy Attorney General (1989-1990); Principal Deputy Solicitor General (1986-1988); U.S. Attorney, Eastern District of California (1982-1986)

**John B. Bellinger III**: Legal Adviser, U.S. Department of State (2005-2009); Senior Associate Counsel to the President and Legal Adviser, National Security Council (2001-2005)

**Gregory Craig**: Counsel to the President (2009-2010); Assistant to the President and Special Counsel (1998-1999)

**Ambassador John C. Danforth**: U.S. Ambassador to the United Nations (2004-2005); U.S. Senator from Missouri (1976-1995)

**Ambassador Nancy H. Ely-Raphel**: Senior Advisor to the Secretary of State (2001-2003); U.S. Ambassador to Slovenia (1998-2001)

**Stuart Gerson**: Acting Attorney General of the United States (1993); Assistant Attorney General (Civil) (1989-1993)

**Secretary Chuck Hagel**: Secretary of Defense (2013-2015); Co-Chairman, President's Intelligence Advisory Board (2009-2013); U.S. Senator from Nebraska (1997-2009)

**Avril Haines**: Director of National Intelligence (2021-2025); Assistant to the President and Principal Deputy National Security Advisor (2015-2017)

**Conrad K. Harper**: Legal Adviser, U.S. Department of State (1993-1996)

**General Michael Hayden**: Director of the Central Intelligence Agency (2006-2009); Principal Deputy Director of National Intelligence (2005-2006); Director of National Security Agency (1999-2005)

**Peter Keisler**: Acting Attorney General (2007); Assistant Attorney General (Civil) (2003-2007)

**Alan Kreczko**: Legal Adviser, National Security Council (1992-1997)

**Judge J. Michael Luttig**: United States Court of Appeals, Fourth Circuit (1991-2006); Assistant Attorney General OLC (1990-1991)

**Secretary Denis McDonough**: Secretary of Department of Veterans Affairs (2021-2025); White House Chief of Staff (2013-2017); Principal Deputy National Security Adviser (2010-2013)

**Trevor Morrison**: Chair, Public Interest Declassification Board (2016-2018); Associate Counsel to the President (2009); Attorney Advisor, Office of Legal Counsel, U.S. Department of Justice (2000-2001)

**Ambassador Thomas R. Pickering**: U.S. Ambassador to United Nations (1989-1992); U.S. Ambassador to Russia (1993-1996); U.S. Ambassador to India (1993-1996) U.S. Ambassador to Israel (1985-1988); U.S. Ambassador to Jordan (1974-1978); Undersecretary of State for Political Affairs (1997-2000)

**Alan Charles Raul**: Associate Counsel to President Reagan (1986-1988); General Counsel, Office of Management and Budget (1988-1989); Vice Chairman of the Privacy and Civil Liberties Oversight Board (2006-2008)

**Ambassador Susan E. Rice**: National Security Advisor (2013-2017); U.S. Ambassador to the United Nations (2009-2013)

**Nicholas Rostow**: General Counsel and Senior Policy Adviser to the U.S. Permanent Representative to the United Nations (2001-05); Special Assistant to the President for National Security Affairs and Legal Adviser, National Security Council (1987-93)

**Wendy Sherman**: Deputy Secretary of State (2021-2023); Undersecretary for Political Affairs, U.S. Department of State (2011-2015)

**Judge Abraham D. Sofaer**: Legal Adviser, U.S. Department of State (1985-1990); United States District Court, Southern District of New York (1979-1985)