# Case No. 25-1627

_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

_____

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**,

*Plaintiff-Appellee*,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, ET AL.,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the District of Massachusetts
Judge Allison Burroughs, Case No. 1:25-cv-11472-ADB

_____

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME
## TO FILE PLAINTIFF-APPELLEE'S RESPONSE BRIEF

_____

Andrianna Kastanek
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com

Ian Heath Gershengorn
Ishan Bhabha
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IGershengorn@jenner.com
IBhabha@jenner.com
LHartz@jenner.com

*Additional counsel listed on inside cover*

Steven P. Lehotsky
Scott A. Keller
Serena M. Orloff
Shannon G. Denmark
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
serena@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

Danielle K. Goldstein
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

William A. Burck
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellee President & Fellows of Harvard College certifies that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and First Circuit Local Rules 27 and 31, Plaintiff-Appellee President and Fellows of Harvard College ("Harvard") hereby requests a 30-day extension of time in which to file Harvard's response brief, to and including October 24, 2025. The government (Defendants-Appellants here) has stated that it does not oppose the requested extension.

As grounds for this motion, Harvard states as follows:

1. Under the current briefing schedule, Harvard's response brief is due on September 24, 2025. Harvard respectfully requests that it be granted an extension of 30 days in which to file its response brief. If Harvard's request is granted, its response brief would be due on October 24, 2025.

2. Harvard requests this extension of time for good cause and in the interests of justice, and not for purpose of delay.

3. An extension is warranted to accommodate the other professional obligations of Harvard's counsel, including numerous deadlines and hearings in other cases scheduled prior to the existing deadline in this case.

4. The district court's preliminary injunction order was issued on June 23, 2025, Dkt. 75, and the government filed its opening brief 64 days later, on August 25, 2025. If the extension requested in this motion were granted, Harvard would

have a total of 60 days from the filing of the government's brief in which to prepare and file its response—4 days fewer than the government had.

5. The government has stated that it does not oppose Harvard's request for an extension of time.

WHEREFORE, Harvard respectfully requests that the Court grant an additional 30 days within which to file Harvard's response brief, until October 24, 2025.

Dated: September 5, 2025

LEHOTSKY KELLER COHN LLP

Steven P. Lehotsky
Scott A. Keller
Serena M. Orloff
Shannon G. Denmark
Jacob B. Richards
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
serena@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

Danielle K. Goldstein
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

Respectfully submitted,

JENNER & BLOCK LLP

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn
Ishan Bhabha
Lauren J. Hartz
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IGershengorn@jenner.com
IBhabha@jenner.com
LHartz@jenner.com

Andrianna Kastanek
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com

William A. Burck
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

Exclusive of the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 282 words.

The motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6).

Dated: September 5, 2025

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
IGershengorn@jenner.com
Tel: (202) 639-6000

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated:  September 5, 2025

/s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
IGershengorn@jenner.com
Tel: (202) 639-6000