# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

### ORDER OF COURT

Entered: September 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee President and Fellows of Harvard College to file a brief be enlarged to and including **October 24, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Tasha J. Bahal, Joel G. Beckman, Ishan Kharshedji Bhabha, William Anthony Burck, Anne R. Burley, Matt A. Crapo, Tiberius T. Davis, Shannon Grammel Denmark, Drew C. Ensign, Rayford A. Farquhar, Abraham R. George, Ian Heath Gershengorn, Danielle Kerker Goldstein, Lauren J. Hartz, Andrianna Kastanek, Scott A. Keller, David Kim, Steven Paul Lehotsky, Donald Campbell Lockhart, Joshua Paul Morrow, Serena M. Orloff, Michael G. Paris, Catherine M. Reno, Jacob Richards, Brett Allen Shumate, Katherine Yarger