No. 25-1627

# In the United States Court of Appeals For the First Circuit

───────────────

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**,
*Plaintiff-Appellee*,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, **KRISTI NOEM**, in her official capacity as Secretary of the United States Department of Homeland Security; **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**; **TODD LYONS**, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; **STUDENT AND EXCHANGE VISITOR PROGRAM**; **JOHN DOE**, in their official capacity as Director of the Student and Exchange Visitor Program; **JAMES HICKS**, in his official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; **UNITED STATES DEPARTMENT OF JUSTICE**; **PAMELA BONDI**, in her official capacity as Attorney General of the United States; **UNITED STATES DEPARTMENT OF STATE**; **MARCO RUBIO**, in his official capacity as Secretary of the United States Department Of State,

*Defendants-Appellants.*

───────────────

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-11472-ADB*

───────────────

## MOTION FOR STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS

───────────────

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation
*(Additional Counsel listed below)*

**TIBERIUS T. DAVIS**
Counsel to the Assistant Attorney
General, Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel. 202-514-4357

*Counsel for Appellants*

**ELIZABETH HEDGES**
**BRIDGET K. O'HICKEY**
Counsel to the Assistant Attorney
General, Civil Division

**DAVID KIM**
**CATHERINE M. RENO**
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation & Appeals Section

Defendants-Appellants ("the Government") hereby move for a stay of briefing in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department.

4.　　If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.　　Opposing counsel has authorized counsel for the Government to state that they have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW C. ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation

**ELIZABETH HEDGES**
**BRIDGET K. O'HICKEY**
Counsel to the Assistant
Attorney General
Civil Division

Dated: October 3, 2025

**DAVID KIM**
**CATHERINE M. RENO**
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section

*/s/ Tiberius T. Davis*
**TIBERIUS T. DAVIS**
Counsel to the Assistant
Attorney General
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 267 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Century Schoolbook typeface.

/s/ Tiberius Davis
TIBERIUS DAVIS

## CERTIFICATE OF SERVICE

I, Tiberius Davis, Counsel to the Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

Dated: October 3, 2025