# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627    **Short Title:** Harvard College v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
United Automobile, Aerospace, and Agricultural Implement Workers of America (UAW) as the

[ ] appellant(s)   [ ] appellee(s)   [✓] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ Daniel M. Eisenberg
Signature

10/6/2025
Date

Daniel M. Eisenberg
Name

Emery Celli Brinckerhoff Abady Ward & Maazel LLP
Firm Name (if applicable)

212-763-5000
Telephone Number

One Rockefeller Plaza, 8th Floor
Address

212-763-5001
Fax Number

New York, NY 10020
City, State, Zip Code

deisenberg@ecbawm.com
Email (required)

Court of Appeals Bar Number: 1219898

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).