# United States Court of Appeals
## For the First Circuit

_____

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: October 7, 2025

Appellants' unopposed motion for stay, in light of the lapse in appropriations, "until Department of Justice attorneys . . . resume their usual civil litigation functions" is granted. The government shall notify this court forthwith when those functions are resumed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, William Anthony Burck, Scott A. Keller, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob Richards, Katherine Yarger, Serena M. Orloff, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg