## **CORPORATE DISCLOSURE STATEMENT**

*Amicus curiae* does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock.

/s/ Daniel M. Eisenberg

Dated:  October 6, 2025