No. 25-1627

# In the United States Court of Appeals For the First Circuit

───────────────

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**,
*Plaintiff-Appellee*,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, **KRISTI NOEM**, in her official capacity as Secretary of the United States Department of Homeland Security; **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**; **TODD LYONS**, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; **STUDENT AND EXCHANGE VISITOR PROGRAM**; **JOHN DOE**, in their official capacity as Director of the Student and Exchange Visitor Program; **JAMES HICKS**, in his official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; **UNITED STATES DEPARTMENT OF JUSTICE**; **PAMELA BONDI**, in her official capacity as Attorney General of the United States; **UNITED STATES DEPARTMENT OF STATE**; **MARCO RUBIO**, in his official capacity as Secretary of the United States Department Of State,

*Defendants-Appellants*.

───────────────

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-11472-ADB*

───────────────

## NOTICE OF RESTORATION OF APPROPRIATIONS

───────────────

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation
*(Additional Counsel listed below)*

**TIBERIUS T. DAVIS**
Counsel to the Assistant Attorney
General, Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel. 202-514-4357

*Counsel for Appellants*

**CATHERINE M. RENO**
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation & Appeals Section

Defendants-Appellants ("the Government") hereby move to lift the stay in the above-captioned case and set a new briefing schedule. Plaintiff-Appellee ("Harvard") is unopposed.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

2. On October 3, 2025, the Government filed an unopposed motion seeking a stay of briefing until Congress restored appropriations to the Department.

3. On October 7, 2025, the Court granted the stay motion, and ordered the Government to notify the Court forthwith when Department of Justice attorneys were permitted to resume their usual civil litigation functions.

4. On November 12, 2025, Congress restored funding, and the Government officially returned to work on November 13, 2025.

5. Accordingly, the Government requests that the Court lift the stay and set the following briefing schedule:

- Plaintiff-Appellee's response brief to be filed by December 19, 2025;
- Defendants-Appellants' reply brief to be filed by January 16, 2026.

1

6. The Government requests that oral argument be scheduled as soon as possible.

7. The Government conferred with counsel for Plaintiff-Appellee, who is unopposed.

Respectfully submitted,

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW C. ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation

**CATHERINE M. RENO**
Senior Litigation Counsel

Dated: November 17, 2025

*/s/ Tiberius Davis*
**TIBERIUS T. DAVIS**
Counsel to the Assistant Attorney General
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 196 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Century Schoolbook typeface.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

## CERTIFICATE OF SERVICE

I, Tiberius Davis, Counsel to the Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

Dated: November 17, 2025