# United States Court of Appeals
## For the First Circuit

———————————————

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

———————————————

**ORDER OF COURT**

Entered: November 19, 2025

On October 7, 2025, the court entered an order granting the government's motion for a stay of proceedings in light of the lapse in appropriations. The government has now filed an unopposed motion informing the court that appropriations have been restored and requesting that the deadline for plaintiffs-appellees to file their brief be reset to December 19, 2025, and that the deadline for the reply brief be set for January 16, 2026. In light of this filing, the stay of proceedings is lifted. The response brief shall be filed on or before December 19, 2025. Any reply brief shall be filed on or before January 16, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Rayford A. Farquhar
Brett Allen Shumate
Abraham R. George
Drew C. Ensign
David Kim
Catherine M. Reno
Anne R. Burley
Tiberius T. Davis
Steven Paul Lehotsky
Ian Heath Gershengorn
William Anthony Burck
Scott A. Keller
Shannon Grammel Denmark
Ishan Kharshedji Bhabha
Lauren J. Hartz
Andrianna Kastanek
Danielle Kerker Goldstein
Joshua Paul Morrow
Jacob Richards
Katherine Yarger
Serena M. Orloff
Tasha J. Bahal
Joel G. Beckman
Michael G. Paris
Matt A. Crapo
Stephen Allen Jonas
Norman Larry Eisen
Daniel M. Eisenberg