**No. 25-1627**

# In the United States Court of Appeals For the First Circuit

---

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**,
*Plaintiff-Appellee*,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, **KRISTI NOEM**, in her official capacity as Secretary of the United States Department of Homeland Security; **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**; **TODD LYONS**, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; **STUDENT AND EXCHANGE VISITOR PROGRAM**; **JOHN DOE**, in their official capacity as Director of the Student and Exchange Visitor Program; **JAMES HICKS**, in his official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; **UNITED STATES DEPARTMENT OF JUSTICE**; **PAMELA BONDI**, in her official capacity as Attorney General of the United States; **UNITED STATES DEPARTMENT OF STATE**; **MARCO RUBIO**, in his official capacity as Secretary of the United States Department Of State,
*Defendants-Appellants*.

---

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-11472-ADB*

---

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

---

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation
*Counsel for Appellants*
*(Additional Counsel listed below)*

Ian Heath Gershengorn
Ishan Bhabha
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Tel: (202) 639-6000
IGershengorn@jenner.com
*Counsel for Appellee*
*(Additional Counsel listed below)*

**TIBERIUS T. DAVIS**
Counsel to the Assistant Attorney General, Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel. 202-514-4357

**CATHERINE M. RENO**
Acting Assistant Director

**EVAN SCHULTZ**
Trial Attorney
Office of Immigration Litigation

*Counsel for Appellants*

Andrianna Kastanek
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com

William A. Burck
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Steven P. Lehotsky
Scott A. Keller
Serena M. Orloff
Shannon G. Denmark
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
serena@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

Danielle K. Goldstein
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

*Counsel for Appellee*

Defendants-Appellants ("the Government") and Plaintiff-Appellee ("Harvard") (together "the parties") jointly request a modification of the briefing schedule in this case. In support of this motion, the parties state the following:

1. The Government filed its opening brief and appendix on August 25, 2025.

2. On October 7, 2025, the Court granted the Government's unopposed motion for a stay of briefing in light of the lapse in appropriations.

3. On November 17, 2025, the Government notified the Court that funding had been restored and asked the Court to lift the stay and set a briefing schedule.

4. On November 19, 2025, the Court set the following schedule: Harvard's response brief is due on December 19, 2025, and the Government's reply brief is due on January 16, 2026.

5. Due to various staffing changes and the upcoming holiday season, the parties request the following modification to the briefing schedule:

- **Harvard's response brief deadline: January 12, 2026**; and

- **The Government's reply brief deadline: February 9, 2026**.

6. The modification will not appreciably delay the resolution of the case. Counsel will exercise diligence in preparing the briefs in the time requested.

## CONCLUSION

For the foregoing reasons, the parties respectfully ask that the Court enter the above-proposed modified briefing schedule.

Dated: December 9, 2025

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW C. ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation

**CATHERINE M. RENO**
Acting Assistant Director

**EVAN SCHULTZ**
Trial Attorney
Office of Immigration Litigation

*/s/ Tiberius T. Davis*
**TIBERIUS T. DAVIS**
Counsel to the Assistant Attorney General
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

*Counsel for Appellants*

Respectfully submitted,

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn
Ishan Bhabha
Lauren J. Hartz
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IGershengorn@jenner.com
IBhabha@jenner.com
LHartz@jenner.com

Andrianna Kastanek
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com

William A. Burck
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Ave. NW,
Suite 900 Washington, DC 20006
rhur@kslaw.com

Steven P. Lehotsky
Scott A. Keller
Serena M. Orloff
Shannon G. Denmark
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700 Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
serena@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

*Counsel for Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 219 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Century Schoolbook typeface.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

**CERTIFICATE OF SERVICE**

I, Tiberius Davis, Counsel to the Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

Dated: December 9, 2025