# United States Court of Appeals
## For the First Circuit

_____

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.
_____

### ORDER OF COURT

Entered: December 16, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, the deadline for plaintiff-appellee to file their brief is **January 12, 2026**, and defendants-appellants' reply brief is to be filed by **February 9, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, William Anthony Burck, Scott A. Keller, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob Richards, Katherine Yarger, Serena M. Orloff, Tasha J.

Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg