## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, each of the *amici curiae*—the American Historical Association; American Council of Learned Societies; Association for Slavic, East European, and Eurasian Studies; Association for Spanish and Portuguese Historical Studies; Berkshire Conference of Women Historians; Business History Conference; Conference on Asian History; French Colonial Historical Society; Labor and Working-Class History Association; LGBTQ+ History Association; National Council on Public History; North American Conference on British Studies; Organization of American Historians; Society for Historians of the Gilded Age and Progressive Era; Society of Architectural Historians; Western History Association; Western Society for French History; and World History Association—certifies that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: December 22, 2025

Respectfully submitted,

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
*Counsel for Amici Curiae*