# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1627          **Short Title:** DHS et al. v. Harvard

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Danielle K. Goldstein _____          January 7, 2026 _____
Signature                                          Date

Danielle K. Goldstein _____
Name

Lehotsky Keller Cohn LLP _____          (512) 693-8350 _____
Firm Name (if applicable)                          Telephone Number

3280 Peachtree Road NE _____          (512) 727-4755 _____
Address                                            Fax Number

Atlanta, GA 30305 _____          danielle@lkcfirm.com _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1218547 _____


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____
========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).