# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627     **Short Title:** Harvard College v. DHS, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>President and Fellows of Harvard College</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>s/James Y. Xi</u>     <u>01/12/2026</u>
Signature                                     Date

<u>James Y. Xi</u>
Name

<u>Clement & Murphy, PLLC</u>     <u>202-742-8900</u>
Firm Name (if applicable)             Telephone Number

<u>706 Duke Street</u>
Address                                         Fax Number

<u>Alexandria, VA, 22314</u>     <u>james.xi@clementmurphy.com</u>
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: <u>1187681</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).