# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627     **Short Title:** Harvard College v. DHS, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College                                         as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/Jeffrey C. Thalhofer
Signature

01/12/2026
Date

Jeffrey C. Thalhofer
Name

Clement & Murphy, PLLC
Firm Name (if applicable)

202-742-8900
Telephone Number

706 Duke Street
Address

Fax Number

Alexandria, VA, 22314
City, State, Zip Code

jeff.thalhofer@clementmurphy.com
Email (required)

Court of Appeals Bar Number: 1219771

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).