# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1627    Short Title: President and Fellows of Harvard College v. U.S. Department of Homeland Security, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Cambridge  as the

[ ] appellant(s)          [ ] appellee(s)           [x] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

_/s/ Owen R. Wolfe_                             January 16, 2026
Signature                                        Date

Owen R. Wolfe
Name

Seyfarth Shaw LLP                               212-218-3389
Firm Name (if applicable)                        Telephone Number

620 Eighth Avenue, 33rd Floor                    212-218-5526
Address                                          Fax Number

New York, NY 10018                               owolfe@seyfarth.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1216461

Has this case or any related case previously been on appeal?

[x] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).