# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627   **Short Title:** President and Fellows of Harvard College v. United States Department of Homeland Security, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts  as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Tasha Bahal
Signature

01/20/2026
Date

Tasha Bahal
Name

Massachusetts Office of the Attorney General
Firm Name (if applicable)

(617) 963-2066
Telephone Number

One Ashburton Place
Address

Fax Number

Boston, MA, 02108
City, State, Zip Code

tasha.bahal@mass.gov
Email (required)

Court of Appeals Bar Number: 1144601

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).