# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627  **Short Title:** President and Fellows of Harvard College v. United States Department of Homeland Security, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Council on Education and 22 Other Higher Education Organizations as the

[ ] appellant(s)  [ ] appellee(s)  [✔] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/Jessica L. Ellsworth
Signature

01/20/2026
Date

Jessica L. Ellsworth
Name

Hogan Lovells US LLP
Firm Name (if applicable)

+1 202 637 5600
Telephone Number

555 Thirteenth Street, N.W.
Address

+1 202 637 5910
Fax Number

Washington, D.C. 20004
City, State, Zip Code

jessica.ellsworth@hoganlovells.com
Email (required)

Court of Appeals Bar Number: 1124394

Has this case or any related case previously been on appeal?

[✔] No   [ ] Yes  Court of Appeals No.

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).