# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627      **Short Title:** Harvard College v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Johns Hopkins University; (See Attached) _____ as the

[ ] appellant(s)      [ ] appellee(s)      [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Helen White
Signature

January 20, 2026
Date

Helen White
Name

Munger, Tolles & Olson LLP
Firm Name (if applicable)

(202) 220-1000
Telephone Number

601 Mass. Ave. NW, Suite 500E
Address

(202) 220-2300
Fax Number

Washington, DC 20001
City, State, Zip Code

Helen.White@mto.com
Email (required)

Court of Appeals Bar Number: 1184824

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# ATTACHMENT

**Names of All Parties Represented:**

American University
Amherst College
Arizona State University
Barnard College
Boston University
Bowdoin College
Brandeis University
Brown University
Bryn Mawr College
California Institute of Technology
Carleton College
Carnegie Mellon University
Colby College
Colorado State University
Columbia University
Cornell University
Dartmouth College
Georgetown University
Illinois Institute of Technology
Johns Hopkins University
Massachusetts Institute of Technology
Middlebury College
Mount Holyoke College
Notre Dame University
Oregon State University
Princeton University
Rice University
Smith College
Stanford University
Swarthmore College
Tufts University
University of Chicago
University of Dayton
University of Denver
University of Maryland, Baltimore
University of Maryland, College Park
University of Michigan
University of Oregon
University of Pennsylvania
University of Pittsburgh
University of Rhode Island
University of San Diego
University of Vermont

Wellesley College
Wesleyan University
Williams College