## RULE 26.1 DISCLOSURE STATEMENT

*Amici* have no parent companies, and no publicly-owned corporation owns 10% or more of their stock.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth
