## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure, *amici curiae*, listed in Appendix A, hereby disclose that *amici* have no parent corporations and that no publicly held corporation owns 10% or more of *amici*'s respective stock.

Dated: <u>January 20, 2026</u>

                                            <u>*/s/ Donald B. Verrilli, Jr.*</u>
                                            Donald B. Verrilli, Jr.