# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

**ORDER OF COURT**

Entered: January 22, 2026
Pursuant to 1st Cir. R. 27.0(d)

On January 20, 2026, Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, and District of Columbia filed a brief as amici curiae. The brief is non-compliant because the brief does not state the source of its authority to file. See Fed. R. App. P. 29(a)(4)(D). In addition, the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **January 29, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dawn Reddy Solowey, Franziskus Lepionka, Owen Richard Wolfe, Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, Paul D Clement, William Anthony Burck, Scott A. Keller, James Xi, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob B. Richards, Katherine C. Yarger, Serena M. Orloff, Jeffrey Thalhofer, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg, Nikhel Sus, Yoseph T. Desta, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Jessica Lynn Ellsworth, Stephanie Julie Gold, Reedy Swanson, Eric Simon Roytman, Donald B. Verrilli Jr., Jacob Tuttle Newman, Nicole Allicock, Helen E. White