# United States Court of Appeals
## For the First Circuit

_____

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: January 22, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellee President and Fellows of Harvard College on January 12, 2026, is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the appellee's brief does not match the caption used by this court.***

- **Fed. R. App. P. 26.1 and 28(b)**, requiring a Disclosure Statement in the front of the brief. ***The appelleee's brief does not include a Disclosure Statement.***

Appellee President and Fellows of Harvard College is ordered to file a conforming brief by **January 29, 2026**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellants' reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Dawn Reddy Solowey, Franziskus Lepionka, Owen Richard Wolfe, Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, Paul D Clement, William Anthony Burck, Scott A. Keller, James Xi, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob B. Richards, Katherine C. Yarger, Serena M. Orloff, Jeffrey Thalhofer, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg, Nikhel Sus, Yoseph T. Desta, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Jessica Lynn Ellsworth, Stephanie Julie Gold, Reedy Swanson, Eric Simon Roytman, Donald B. Verrilli Jr., Jacob Tuttle Newman, Nicole Allicock, Helen E. White