LEHOTSKY KELLER COHN LLP

Steven P. Lehotsky
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001

February 13, 2026

Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

(*via ECF*)

Re:   *President and Fellows of Harvard College v. United States Department of Homeland Security, et al.*, No. 25-1627; *President and Fellows of Harvard College v. United States Department of Health and Human Services, et al.*, No. 25-2230; and *American Association of University Professors, et al. v. United States Department of Justice, et al.*, No. 25-2231

Dear Ms. Dubrovsky:

      I write to inform the Court that the parties in the above-captioned appeals have conferred and agree that, if acceptable to the Court, the appeals in *President and Fellows of Harvard College v. United States Department of Homeland Security, et al.*, No. 25-1627, *President and Fellows of Harvard College v. United States Department of Health and Human Services, et al.*, No. 25-2230, and *American Association of University Professors, et al. v. United States Department of Justice, et al.*, No. 25-2231, should be considered by the same panel of this Court. The parties further agree, again if acceptable to the Court, that any oral argument scheduled in these appeals should be heard in front of that same panel on the same day, after briefing is complete in all three appeals.

Sincerely,

Steven P. Lehotsky