# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

President and Fellows of Harvard College,

    *Plaintiff-Appellee,*

v.

United States Department of Homeland Security, *et al.*,

    *Defendants-Appellants.*

No. 25-1627

## MOTION FOR LEAVE TO ENTER APPEARANCE

I, Nikhel S. Sus, respectfully move for leave to enter an appearance in the above-captioned matter as counsel for *amici curiae* the American Council of Learned Societies; American Historical Association; Association for Slavic, East European, and Eurasian Studies; Association for Spanish and Portuguese Historical Studies; Berkshire Conference of Women Historians; Business History Conference; Conference on Asian History; French Colonial Historical Society; Labor and Working-Class History Association; LGBTQ+ History Association; National Council on Public History; North American Conference on British Studies; Organization of American Historians; Society for Historians of the Gilded

Age and Progressive Era; Society of Architectural Historians; Western History Association; Western Society for French History; and World History Association. I am moving for leave to enter an appearance for *amici curiae* after the filing of appellee's brief because counsel of record for *amici curiae*, Yoseph T. Desta, is concurrently withdrawing his appearance in a separate filing.

An entry of appearance form is attached to this motion.

Respectfully Submitted,

*/s/ Nikhel S. Sus*

Nikhel S. Sus
Yoseph T. Desta
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
ydesta@citizensforethics.org

*Counsel for Plaintiff-Appellees*

Dated: February 25, 2026