# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

**ORDER OF COURT**

Entered: February 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Nikhel S. Sus' motion for leave to enter an appearance on behalf of Amici Curiae American Council of Learned Societies, American Historical Association, Association for Slavic, East European, and Eurasian Studies, Association for Spanish and Portuguese Historical Studies, Berkshire Conference of Women Historians, Business History Conference, Conference on Asian History, French Colonial Historical Society, Labor and Working-Class History Association, LGBTQ+ History Association, National Council on Public History, North American Conference on British Studies, Organization of American Historians, Society for Historians of the Gilded Age and Progressive Era, Society of Architectural Historians, Western History Association, Western Society for French History, and World History Association is granted. Attorney Nikhel S. Sus' notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

Case: 25-1627　　Document: 00118409032　　Page: 2　　Date Filed: 02/26/2026　　Entry ID: 6788748

cc:
Dawn Reddy Solowey, Franziskus Lepionka, Owen Richard Wolfe, Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Evan Paul Schultz, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, Paul D Clement, William Anthony Burck, Scott A. Keller, James Xi, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob B. Richards, Katherine C. Yarger, Serena M. Orloff, Jeffrey Thalhofer, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg, Nikhel Sus, Yoseph T. Desta, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Jessica Lynn Ellsworth, Stephanie Julie Gold, Reedy Swanson, Eric Simon Roytman, Donald B. Verrilli Jr., Jacob Tuttle Newman, Nicole Allicock, Helen E. White