# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1627     **Short Title:** Harvard College v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Historical Association and Seventeen Additional Scholarly Groups (see attached)

[ ] appellant(s)      [ ] appellee(s)      [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Nikhel S. Sus
Signature

2/25/2026
Date

Nikhel S. Sus
Name

Citizens for Responsibility and Ethics in Washington
Firm Name (if applicable)

(202) 408-5565
Telephone Number

P.O. Box 14596
Address

Fax Number

Washington, D.C. 20044
City, State, Zip Code

nsus@citizensforethics.org
Email (required)

Court of Appeals Bar Number: 1218784

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# ADDITIONAL *AMICI CURIAE*

American Council of Learned Societies

Association for Slavic, East European, and Eurasian Studies

Association for Spanish and Portuguese Historical Studies

Berkshire Conference of Women Historians

Business History Conference

Conference on Asian History

French Colonial Historical Society

Labor and Working-Class History Association

LGBTQ+ History Association

National Council on Public History

North American Conference on British Studies

Organization of American Historians

Society for Historians of the Gilded Age and Progressive Era

Society of Architectural Historians

Western History Association

Western Society for French History

World History Association