# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

### ORDER OF COURT

Entered: April 27, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Jacob B. Richards as counsel for Appellee President and Fellows of Harvard College is granted. Attorney Jacob B. Richards is hereby withdrawn as counsel of record, and Appellee will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dawn Reddy Solowey, Franziskus Lepionka, Owen Richard Wolfe, Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Evan Paul Schultz, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul

Case: 25-1627    Document: 00118437440    Page: 2    Date Filed: 04/27/2026    Entry ID: 6804731

Lehotsky, Ian Heath Gershengorn, Paul D Clement, William Anthony Burck, Scott A. Keller, James Xi, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Jacob B. Richards, Katherine C. Yarger, Serena M. Orloff, Jeffrey Thalhofer, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg, Nikhel Sus, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Jessica Lynn Ellsworth, Stephanie Julie Gold, Reedy Swanson, Eric Simon Roytman, Donald B. Verrilli Jr., Jacob Tuttle Newman, Nicole Allicock, Helen E. White