# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

**CALENDARING NOTICE**

Issued: June 17, 2026

This case is presently scheduled to be called for oral argument on **Tuesday, July 28, 2026, at 9:30 a.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause. 1st Cir. R. 34.1(d).

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument.

Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience.  Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nicole Allicock
Tasha J. Bahal
Joel G. Beckman
Ishan Kharshedji Bhabha
Nicholas W. Brown
William Anthony Burck
Anne R. Burley
Paul D Clement
Matt A. Crapo
Tiberius T. Davis
Shannon Grammel Denmark
Norman Larry Eisen
Daniel M. Eisenberg
Jessica Lynn Ellsworth
Drew C. Ensign
Rayford A. Farquhar

Abraham R. George
Ian Heath Gershengorn
Stephanie Julie Gold
Danielle Kerker Goldstein
Lauren J. Hartz
Stephen Allen Jonas
Andrianna Kastanek
Scott A. Keller
David Kim
Steven Paul Lehotsky
Franziskus Lepionka
Donald Campbell Lockhart
Joshua Paul Morrow
Peter F. Neronha
Serena M. Orloff
Michael G. Paris
Catherine M. Reno
Eric Simon Roytman
Evan Paul Schultz
Brett Allen Shumate
Dawn Reddy Solowey
Nikhel Sus
Reedy Swanson
Jeffrey Thalhofer
William M. Tong
Jacob Tuttle Newman
Donald B. Verrilli Jr.
Helen E. White
Owen Richard Wolfe
James Xi
Katherine C. Yarger