No. 25-1627

# In the United States Court of Appeals For the First Circuit

---

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**,

*Plaintiff-Appellee*,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**; **MARKWAYNE MULLIN**, in his official capacity as Secretary of the United States Department of Homeland Security; **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**; **DAVIS J. VENTURELLA**, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; **STUDENT AND EXCHANGE VISITOR PROGRAM**; **JOHN DOE**, in their official capacity as Director of the Student and Exchange Visitor Program; **JAMES HICKS**, in his official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; **UNITED STATES DEPARTMENT OF JUSTICE**; **TODD BLANCHE**, in his official capacity as Acting Attorney General of the United States; **UNITED STATES DEPARTMENT OF STATE**; **MARCO RUBIO**, in his official capacity as Secretary of the United States Department Of State,

*Defendants-Appellants*.

---

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-11472-ADB*

---

## MOTION FOR CONTINUANCE OF HEARING OR PERMISSION TO APPEAR REMOTELY

---

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW ENSIGN**
Deputy Assistant Attorney General
Office of Immigration Litigation

**TIBERIUS T. DAVIS**
Counsel to the Assistant Attorney
General, Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel. 202-860-8970

*Counsel for Appellants*

Defendants-Appellants ("the Government") hereby move under Fed. R. App. P. 27 and 1st Cir. R. 34.1(d) to continue the hearing set for July 28, 2026 until sometime after August, 2026 because counsel's first child is due on August 3, 2026. In the alternative, the Government moves for permission for counsel for the Government to appear remotely. Plaintiff-Appellee ("Harvard") assents.

1.    The district court in this case issued a preliminary injunction against the Government on June 23, 2025. *President & Fellows of Harvard Coll. v. United States Dep't of Homeland Sec.*, 788 F. Supp. 3d 182, 186 (D. Mass. 2025). An appeal was docketed shortly after on July 1, 2025. The Government filed its opening brief and the appendix on August 28, 2025. Since then the case was stayed due to the government shutdown and both parties moved for extensions. The case was fully briefed on February 9, 2026.

2.    Counsel of record, Tiberius Davis, plans on arguing on behalf of the Government. Counsel has been on the case since the first day, argued both hearings before the district court, and is the only attorney still on the case for the Government. Counsel cannot, however, travel to Boston for a hearing on July 28, 2026. This is because Counsel's first child

1

is due on August 3, 2026. Counsel's child may born earlier or later, making travel impractical. While these circumstances are the opposite of "grave," they embody the seriousness, importance, and urgency of circumstances that satisfy this Court's standard for continuances.

3.    As a result, the Government respectfully requests that this Court continue its July 28, 2026 hearing until sometime after August, 2026. That will provide a sufficient interval to ensure Counsel's child is born and he has some time to ensure the mother and child are recovered. While Counsel is flexible after August 24, Counsel understands that opposing counsel has travel and argument commitments in September, and counsel for the Government has two other appellate arguments scheduled in September, though the exact dates are not set. *J.G.G. v. President Trump*, 26-5074 (D.C. Circuit); *Yassine Soumah v. Gregory Collett*, 25-1511 (4th Circuit).  These circumstances may make an October argument more practicable.

4.    Harvard consents to the motion. Harvard's counsel, however, notes that he is available on July 28 (and would prefer to argue in person even if counsel for the Government is permitted to appear remotely) and has long-scheduled international travel and argument commitments that

would make scheduling an argument on the Court's scheduled argument dates in September other than September 17 or 18 impracticable. If the argument were deferred until October, it would facilitate the scheduling of the oral argument in this appeal on the same date as the appeal in *President and Fellows of Harvard College v. US Department of Health and Human Services,* 25-2230, which Harvard had previously suggested without opposition and could be convenient for the Court. That appeal likely will not be fully briefed until August.

5.　　In the alternative, if the Court does not wish to continue the hearing date, Counsel requests permission for counsel for the Government to appear remotely. This would allow Counsel to argue the case while retaining the flexibility to quickly react to changing circumstances with his child.

6.　　Given the parties' agreement and the fact that this case has been ongoing for a year, both parties have sought extensions, and the case has fully briefed for over 4 months, the Government does not believe there would be any prejudice from a continuance.

Respectfully submitted,

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**DREW C. ENSIGN**
Deputy Assistant Attorney
General
Office of Immigration Litigation

*/s/ Tiberius Davis*
**TIBERIUS T. DAVIS**
Counsel to the Assistant
Attorney General
Civil Division
P.O. Box 878, Ben Franklin
Station
Washington, D.C. 20044

Dated: June 25, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 505 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Century Schoolbook typeface.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

## CERTIFICATE OF SERVICE

I, Tiberius Davis, Counsel to the Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tiberius Davis*
TIBERIUS DAVIS

Dated: June 25, 2026