# United States Court of Appeals
## For the First Circuit

No. 25-1627

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, in the official capacity as Acting Director of United States Immigration and Customs Enforcement; STUDENT AND EXCHANGE VISITOR PROGRAM; JOHN DOE, in the official capacity as Director of the Student and Exchange Visitor Program; JAMES HICKS, in the official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the United States Department of State,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 29, 2026

Appellants Todd Blanche, DHS, John Doe, James Hicks, ICE, Markwayne Mullin, Marco Rubio, US Department of State, David J. Venturella, Student and Exchange Visitor Program and United States Department of Justice's assented to motion to reschedule oral argument is granted. The case is removed from the calendar for Tuesday, July 28, 2026, and will be called at oral argument on Tuesday, October 6, 2026, at 3:00 p.m.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Dawn Reddy Solowey, Franziskus Lepionka, Owen Richard Wolfe, Donald Campbell Lockhart, Rayford A. Farquhar, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Evan Paul Schultz, David Kim, Catherine M. Reno, Anne R. Burley, Tiberius T. Davis, Steven Paul Lehotsky, Ian Heath Gershengorn, Paul D Clement, William Anthony Burck, Scott A. Keller, James Xi, Shannon Grammel Denmark, Ishan Kharshedji Bhabha, Lauren J. Hartz, Andrianna Kastanek, Danielle Kerker Goldstein, Joshua Paul Morrow, Katherine C. Yarger, Serena M. Orloff, Jeffrey Thalhofer, Tasha J. Bahal, Joel G. Beckman, Michael G. Paris, Matt A. Crapo, Stephen Allen Jonas, Norman Larry Eisen, Daniel M. Eisenberg, Nikhel Sus, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Jessica Lynn Ellsworth, Stephanie Julie Gold, Reedy Swanson, Eric Simon Roytman, Donald B. Verrilli Jr., Jacob Tuttle Newman, Nicole Allicock, Helen E. White